(Slip Opinion) Cite as: 592 U. S. \_\_\_\_ (2021) 1

NOTICE: This opinion is subject to formal revision before publication in the preliminary print of the United States Reports. Readers are requested to notify the Reporter of Decisions, Supreme Court of the United States, Washington, D. C. 20543, of any typographical or other formal errors, in order that corrections may be made before the preliminary print goes to press.

# SUPREME COURT OF THE UNITED STATES

---

No. 18–1447

---

## REPUBLIC OF HUNGARY, ET AL., PETITIONERS *v.* ROSALIE SIMON, ET AL.

### ON WRIT OF CERTIORARI TO THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

[February 3, 2021]

PER CURIAM.

The judgment of the United States Court of Appeals for the D. C. Circuit is vacated, and the case is remanded for further proceedings consistent with the decision in *Federal Republic of Germany* v. *Philipp, ante,* p. \_\_\_.

*It is so ordered.*